# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ELLIOT GARNER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-cv-2218-MMA (DTF)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Doc. No. 16] |

　　Jason Garner filed this social security appeal challenging the denial of his application for Social Security Disability benefits and Supplemental Security Income benefits. *See* Doc. No. 1.  The parties now jointly move to remand this action for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. No. 16.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this action to the Social Security Administration for further administrative proceedings consistent with the terms set forth in the parties' joint motion.

/ / /

/ / /

/ / /

/ / /

The Court **DIRECTS** the Clerk of Court to enter final judgment in Plaintiff's favor, and against Defendant, reversing the final decision of the Commissioner, and close this case.

**IT IS SO ORDERED**.

Dated:  May 30, 2024

HON. MICHAEL M. ANELLO
United States District Judge